QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

John Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

David M. Grable (Bar No. 237765)
davegrable@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Defendant LendingClub Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALINOR CAPITAL PARTNERS, L.P., VALINOR CAPITAL PARTNERS OFFSHORE MASTER FUND, L.P.; and VALINOR CAPITAL PARTNERS SPV VI LLC,<br><br>            Plaintiffs<br><br>     vs.<br><br>LENDINGCLUB CORPORATION, RENAUD LAPLANCHE, and CARRIE L. DOLAN,<br><br>            Defendants. | Case No. 3:18-cv-02887-WHA<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

All Plaintiffs and all Defendants (collectively, the "Parties") hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiffs' claims in the above-captioned action (the "Action") be dismissed against all Defendants with prejudice, without costs or fees to any party as against the other, because the parties have settled.  Claims asserted by any party in any other action are not subject to and are not affected by this Stipulation.

This Stipulation may be signed in counterparts.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

Stipulated and agreed to by:

| DATED: September 27, 2018 | **LOWENSTEIN SANDLER LLP** |
|---|---|
| | By: _s/ Katie R. Glynn_____ |
| | Katie R. Glynn (Bar No. 300524)<br>390 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: 415-288-4545<br>Fax: 415-288-4534<br>kglynn@lowenstein.com<br><br>Lawrence M. Rolnick (*pro hac vice to be filed*)<br>Marc B. Kramer (*pro hac vice to be filed*)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-262-6700<br>Fax: 973-597-2381<br>lrolnick@lowenstein.com<br>mkramer@lowenstein.com |
| | *Attorneys for the Valinor Plaintiffs* |

DATED: September 27, 2018        **QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: __s/ Joseph C. Sarles_____
            JOSEPH C. SARLES

Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

John Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

David M. Grable (Bar No. 237765)
Joseph C. Sarles (Bar No. 254750)
davegrable@quinnemanuel.com
josephsarles@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Defendant LendingClub Corporation*

| DATED:  September 27, 2018 | **MILBANK, TWEED, HADLEY & MCCLOY LLP** |
|---|---|
| | By:  __s/ Robert J. Liubicic_____<br>ROBERT J. LIUBICIC<br><br>Robert J. Liubicic<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: 424-386-4000<br>rliubicic@milbank.com |
| | *Attorneys for Defendant Renaud Laplanche* |

| DATED:  September 27, 2018 | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| | By:  __s/ Charlene S. Shimada_____<br>CHARLENE S. SHIMADA<br><br>Charlene S. Shimada<br>One Market Street<br>Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415-442-1000<br>charlene.shimada@morganlewis.com |
| | *Attorneys for Defendant Carrie Dolan* |

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that Joseph C. Sarles, Katie R. Glynn, Charlene S. Shimada, and Robert J. Liubicic have concurred in the filing of this document.

DATED:  September 27, 2018         *s/ Jordan E. Alexander*
                                                    JORDAN E. ALEXANDER